UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE LEE WHITE,<br>Plaintiff<br>v.<br>RONALD J. ISRAEL, et al.,<br>Defendants | Case No. 2:26-cv-00855-CDS-DJA<br>ORDER |

According to the Clark County Detention Center inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until August 18, 2026, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

For the foregoing reasons, it is ordered that Plaintiff will file an updated address with the Clerk of the Court by August 18, 2026.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: July 20, 2026.

UNITED STATES MAGISTRATE JUDGE